IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-1492-STV

BRYAN RAMOS HERNANDEZ,

      Petitioner,

v.

TODD LYONS,
JUAN BALTAZAR,
ROBERT HAGAN, and
ATTORNEY GENERAL

      Respondents.

---

## MINUTE ORDER

---

ENTERED BY U.S. CHIEF MAGISTRATE JUDGE SCOTT T. VARHOLAK

      This case has been directly assigned to a magistrate judge. D.C.COLO.LCivR 40.1(c). Pursuant to D.C.COLO.LCivR 40.1(c)(4), IT IS ORDERED that the parties shall complete and file the *Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction* form (ECF No. 6), indicating either the unanimous consent of the parties or that consent has been declined, within seven (7) days from the date of this Minute Order.

      Additionally, the deadline set forth in the Order to Show Cause (ECF No. 3) is hereby VACATED. Respondents shall show cause within **seven (7) days from the date of this Minute Order** why the application for a writ of habeas corpus should not be granted. It is FURTHER ORDERED that within seven (7) days of Respondents' answer, Petitioner may file a reply.

Dated: April 10, 2026