# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01492-NYW

BRYAN RAMOS HERNANDEZ,

     Petitioner,

v.

JUAN BALTAZAR, Warden of the Denver Contract Detention Facility, Aurora, Colorado, in his official capacity,
GEORGE VALDEZ, Field Office Director, Denver Field Office, U.S. Immigration and Customs Enforcement, in his official capacity,
TODD LYONS, Acting Director of Immigration and Customs Enforcement, in his official capacity, and
TODD BLANCHE, Acting Attorney General, U.S. Department of Justice, in his official capacity,

     Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Minute Order entered by United States District Judge Nina Y. Wang on June 10, 2026 [Doc. 12], it is

ORDERED that Petition [Doc. 1] is DENIED as moot.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of the Respondents and against the Plaintiff.  It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 10th day of June, 2026.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By: _____
S Price, Deputy Clerk